UNITED STATES DISTRICT COURT, Southern DIVISION

J. Bogan-Bey ex rel.
James Demarlo Bogan
vs.
OLD NATIONAL Bank N.A.
et Al.

FILED
11:44 am, Aug 31, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

1:20-cv-2268-JRS-MJD

Case # to be supplied by clerk

## Petition To Transfer

Dear court, I am attaching to this petition an amended complaint that I have filed in the Northern District. Due to several conflicts of interest I am requesting that the amended complaint be filed with this court with Tanya Walton Pratt.

I believe that my request is sufficient for transfer as the date shows 7-15-2020 I e-filed the Motion to amend and as of todays date I have not recieved a Notice of filing.

Enclosure: 43 pages
Motion for leave to file
Amended Complaint.

Submitted by: J. Bogan-Bey ex rel. James Demarlo Bogan
c/o #268133, 5501 S. 1100 W. Westville IN. 46391

8-27-2020.